UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ERIC GRIFFIN, | ) | 2:09-CV-00845-PMP-GWF |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | O R D E R |
| | ) | |
| LAWRENCE LEAVITT, et al., | ) | |
| Defendant. | ) | |

Before the Court for consideration is Plaintiff's Application to Proceed *In Forma Pauperis* and Complaint Pursuant to 42 U.S.C. § 1983 (Doc. #1), filed on May 12, 2009; Motion for Permanent Injunction (Doc. #2), filed May 14, 2009; Motion to Amend Motion for Permanent Injunction (Doc. #3), filed May 15, 2009; Motion for Arrest of U.S. Agent (Doc. #4), filed May 22, 2009; and Motion to Amend/Correct Complaint (Doc. #5), filed May 26, 2009. On June 2, 2009, the Honorable George Foley, Jr., United States Magistrate Judge, entered an Order and Findings and Recommendations (Doc. #6 ) recommending that Plaintiff's Application to Proceed *In Forma Pauperis* and Complaint Pursuant to 42 U.S.C. § 1983 (Doc. #1) be granted. Plaintiff's Motion for Permanent Injunction (Doc. #2); Motion to Amend Motion for Permanent Injunction (Doc. #3); Motion for Arrest of

U.S. Agent (Doc. #4); and Motion to Amend/Correct Complaint (Doc. #5) be denied.

The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and C and Local Rule IB 3-2 and determines that Magistrate Judge Foley's Order and Findings and Recommendations (Doc. #6) should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Foley's Order and Findings and Recommendations (Doc. #6) are AFFIRMED.

**IT IS FURTHER ORDERED that** Plaintiff Eric Griffin's Civil Rights Complaint (Doc. #1) is DISMISSED with prejudice and the Clerk of Court shall forthwith enter judgment in favor of Defendant and against Plaintiff.

**IT IS FURTHER ORDERED that** Plaintiff's Motion for Permanent Injunction (Doc. #2);  Motion to Amend Motion for Permanent Injunction (Doc. #3); Motion for Arrest of U.S. Agent (Doc. #4);  Motion to Amend/Correct Complaint (Doc. #5); and Plaintiff's Notice and Demand for Clerk's Entry of Default (Doc. #8) are all DENIED as moot.

DATED:  June 17, 2009.

PHILIP M. PRO
United States District Judge